# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FIFTH CIRCUIT

No. 18-30623
Summary Calendar

United States Court of Appeals
Fifth Circuit

**FILED**
April 24, 2019

Lyle W. Cayce
Clerk

JERRY PAUL FRANCIS,

Plaintiff-Appellant

v.

JAMES M. LEBLANC, SECRETARY, DEPARTMENT OF PUBLIC SAFETY
AND CORRECTIONS; SHERYL RANATZA, The Committee on Parole and
Pardon Board, Chairperson,

Defendants-Appellees

Appeal from the United States District Court
for the Middle District of Louisiana
USDC No. 3:15-CV-411

Before SMITH, WIENER, and WILLETT, Circuit Judges.

PER CURIAM:*

Jerry Paul Francis, Louisiana prisoner # 86386, appeals from the district
court's dismissal of his 42 U.S.C. § 1983 complaint as legally frivolous and for
failure to state a claim. The district court dismissed without prejudice to
Francis's right to reassert his claims in a federal habeas corpus proceeding
after exhausting available state court remedies.  On appeal, Francis argues

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not
be published and is not precedent except under the limited circumstances set forth in 5TH
CIR. R. 47.5.4.

No. 18-30623

that (1) the Louisiana Parole and Pardon Board's denial of parole contravened *Graham v. Florida*, 560 U.S. 48 (2010), and *Miller v. Alabama*, 567 U.S. 460 (2012), and (2) his challenge is cognizable under § 1983.

We review the dismissal de novo. *See Geiger v. Jowers*, 404 F.3d 371, 373 (5th Cir. 2005). Because the Louisiana Parole and Pardon Board determined that Francis was eligible for parole and provided him with some meaningful opportunity to obtain release, he has not shown a violation under *Graham* and *Miller*. *See Graham*, 560 U.S. at 75. As his complaint was frivolous on this ground, it was properly subject to dismissal under 28 U.S.C. §§ 1915(e)(2)(B)(i) and 1915A(b)(1). *See Morris v. McAllester*, 702 F.3d 187, 189 (5th Cir. 2012). We therefore do not need to consider the district court's alternative basis for dismissal. *See Sojourner T. v. Edwards*, 974 F.2d 27, 30 (5th Cir. 1992).

Accordingly, the district court's judgment is AFFIRMED.